Michele Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA FINISHING SYSTEMS, a California Corporation,<br><br>Defendant. | Case No.: C14-03364 JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   February 6, 2015<br>Time:   11:00 a.m.<br>Ctrm:   Courtroom 5, 2nd Floor<br>            1301 Clay Street<br>            Oakland, California<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference, currently scheduled for February 6, 2015 at 11:00 a.m. in the above-captioned Court, be continued for approximately thirty (30) days. Good cause exists to grant the continuance for the following reasons:

1. As the Court's records will reflect, this action was filed on July 24, 2014 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2. Defendant was served with the Complaint on August 8, 2014 via substitute service. Plaintiffs filed a Proof of Service of Summons on August 25, 2014.

3. Defendant filed an Answer to Plaintiffs' Complaint on August 29, 2014.

4. On October 24, 2014, Plaintiffs filed a Request to Continue Case Management Conference because Defendant's Counsel informed Plaintiffs' Counsel that they would be filing a Motion to Withdraw as Counsel for Defendant due to a breakdown in communication between

counsel and Defendant. On October 27, 2014, the Court granted Plaintiffs' request and the Case Management Conference was continued to February 6, 2015.

5. On October 29, 2014, Defendant's Counsel filed its Motion to Withdraw as Counsel for Defendant. [Dkt. No. 21].

6. On December 1, 2014, the Court conditionally granted Defendant's Counsel's Motion. [Dkt. No. 24]. Since Defendant is a corporation and cannot represent itself in this action, the Court ordered that Defendant must retain new counsel and file a Substitution of Attorney no later than February 13, 2015. The Court also advised Defendant that if it fails to retain counsel by that date, judgment may be entered against it.

7. As Defendant has not yet filed a Substitution of Attorney, and its deadline to do so has not yet passed, in the interest of judicial economy and efficiency, as well as the preservation of the Court's time and resources, Plaintiffs' respectfully request that the Case Management Conference, currently scheduled for February 6, 2015, be continued at least thirty (30) days. Until Defendant retains new counsel, there are no issues to be addressed by this Court at the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of January, 2015, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Adrian L. Canzoneri, Esq.
Attorney for Plaintiffs

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to March 6, 2015 at 11 a.m. All related deadlines are extended accordingly.

Date: January 30, 2015

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

-2-
**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C14-03364-JSW

P:\CLIENTS\PATCL\Ventura Finishing Systems 4 (July 2014 complaint)\Pleadings\Request to Continue Initial Case Management Conference.doc