Michele Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>VENTURA FINISHING SYSTEMS, a California Corporation,<br><br>    Defendant. | Case No.: C14-03364 - HSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; and ORDER THEREON** |

　　　1.　　Plaintiffs respectfully request that the Court allow Plaintiffs to appear at the Case Management Conference, currently scheduled for March 18, 2015 at 2:00 p.m., by telephone.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; and
**[PROPOSED]** ORDER THEREON
Case No.: C14-03364-HSG

C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\Request for telephonic appearance at cmc.doc

2.      Good cause exists for granting Plaintiffs' request, as attorneys' fees and costs are "out of pocket," and Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum. Moreover, Defendant failed to file a substitution of counsel by the Court ordered deadline of February 13, 2015.  Thus, to the best of Plaintiffs' knowledge, Defendant is currently not represented in this matter.

Dated: March 9, 2015

SALTZMAN & JOHNSON
LAW CORPORATION

By:      /S/
Adrian L. Canzoneri, Esq.
Attorneys for Plaintiffs

IT IS SO ORDERED.

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, Plaintiffs may appear at the Case Management Conference by telephone via CourtCall.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 3/11/2015

_Haywood S. Gilliam Jr._
THE HONORABLE DISTRICT COURT JUDGE
HAYWOOD S. GILLIAM JR.

-2-
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; and
[PROPOSED] ORDER THEREON
Case No.: C14-03364-HSG

C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\Request for telephonic appearance at cmc.doc

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **March 10, 2015**, I served the following document(s):

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**Ventura Finishing Systems**
**45278 Industrial Drive.**
**Fremont, CA 94538**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **March 10, 2015,** at San Francisco, California.

/S/
Alicia Rutkowski
Paralegal