UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA FINISHING SYSTEMS,<br><br>Defendant. | Case No. 14-cv-03364-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On December 1, 2014, the Court conditionally granted the withdrawal of Frank J. Peretta, defense counsel for Ventura Finishing Systems ("Defendant"), on the condition that Defendant find new counsel and file a substitution of attorney form by February 13, 2015. (Dkt. No. 24). In that Order, Mr. Peretta was directed to file a declaration by December 12, 2014 stating that he had provided Defendant with notice of the Court's December 1, 2014 ruling. Additionally, Defendant was advised that if it failed to secure counsel by February 13, 2015 judgment could be entered against it. (Dkt. No. 24). Both the December and February deadlines have now passed and neither Mr. Peretta nor Defendant complied with the Court's December 1, 2014 Order.

Accordingly, IT IS HEREBY ORDERED that Defendant shall show cause in writing by March 17, 2015 as to why default judgment should not be issued against it for its failure to comply with the Court's order.

Additionally, Mr. Peretta is directed to show cause in writing by March 17, 2015 for his failure to comply with the Court's December 1, 2014 Order.

///

The hearing on the orders to show cause will be held on March 18, 2015 in conjunction with the case management conference scheduled in this matter.

**IT IS SO ORDERED.**

Dated:  March 13, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge