FRANK J. PERRETTA, ESQ., SBN 126947
*fjp@millermorton.com*
JUSTINE LESCROART KASTAN, ESQ., SBN 287072
*jlk@millermorton.com*
COURTNEY J. ROGERSON, ESQ., SBN 273621
*cjr@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California   95113
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Defendant
VENTURA FINISHING SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VENTURA FINISHING SYSTEMS, a California Corporation, <br><br> Defendant. | Case No.: C14-03364-HSG <br><br> **ORDER GRANTING REQUEST OF COUNSEL TO BE RELIEVED FROM PROVIDING NOTICE TO VENTURA FINISHING SYSTEMS, INC.** <br><br> Hon. Haywood S. Gilliam, Jr. |

1   The request by Miller Morton Caillat & Nevis, LLP, former counsel for Defendant
2   Ventura Finishing Systems, Inc., to be relieved from providing notice to Defendant Ventura
3   Finishing Systems, pursuant to Local Rule 11-5 came before this court.
4   The Court having reviewed and considered the papers filed and good cause showing.
5   IT IS HEREBY ORDERED that Miller, Morton, Caillat & Nevis, LLP's request to be
6   relieved from providing further notice to Ventura Finishing Systems, Inc. and to be removed
7   from the electronic service list is GRANTED.
8   IT IS FURTHERED ORDERED that Miller, Morton, Caillat & Nevis, LLP shall serve
9   Defendant Ventura Finishing Systems with a copy of the Court's decision by US First Class
10  Mail, and file a proof of such service on Ventura Finishing Systems with the Court.

13  DATED: August 4, 2015          By: _____
14                                      HAYWOOD S. GILLIAM, JR.
                                        United States District Court Judge

508318_1.DOCX

[PROPOSED] ORDER FOR REQUEST OF COUNSEL TO BE RELIEVED FROM PROVIDING NOTICE