DocuSign Envelope ID: 95DA7C97-B6B4-4105-8AA1-7BD04014D5D8

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Bay Area Painters and Tapers Pension Trust Fund, et al.
                                Plaintiff(s),
                    v.
Ventura Finishing Systems, a California Corporation,
                                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-03364-HSG

Notice is hereby given that, subject to approval by the court, __Ventura Finishing Systems__ substitutes
(Party (s) Name)

__Gaurav Bobby Kalra__, State Bar No. __219483__ as counsel of record in
(Name of New Attorney)

place of __John Christopher Kirke, Michael Monroe Kellogg Sebree__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Gaurav Bobby Kalra, Attorney at Law |
|---|---|
| Address: | 1024 Iron Point Way, Suite 100, Folsom, CA 95630 |
| Telephone: | (916) 357-6777    Facsimile (916) 404-4270 |
| E-Mail (Optional): | bobby@gbkattorney.com |

I consent to the above substitution.
Date: March 8, 2016

_Paul Athwal on behalf of Ventura Finishing Systems:_
(Signature of Party (s))    08/03/2016

I consent to being substituted.
Date: 
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 8, 2016
(CSBN 219483)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Bay Area Painters and Tapers Pension Trust Fund, et al.
      Plaintiff (s),
V.
Ventura Finishing Systems, a California Corporation,
      Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-03364-HSG

Notice is hereby given that, subject to approval by the court, __Ventura Finishing Systems__ substitutes
                  (Party (s) Name)

__Gaurav Bobby Kalra__, State Bar No. __219483__ as counsel of record in
(Name of New Attorney)

place of __John Christopher Kirke, Michael Monroe Kellogg Sebree__.
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:     Gaurav Bobby Kalra, Attorney at Law
 Address:      1024 Iron Point Way, Suite 100, Folsom, CA 95630
 Telephone:     (916) 357-6777    Facsimile (916) 404-4270
 E-Mail (Optional):   bobby@gbkattorney.com

I consent to the above substitution.
Date: _____
                         (Signature of Party (s))

I consent to being substituted.
Date: __March 9, 2016__
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __March 11, 2016__            /s/ Haywood S. Gilliam Jr.
                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]