UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VENTURA FINISHING SYSTEMS,<br><br>    Defendant. | Case No. 14-cv-03364-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 90 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Plaintiff's Motion for Default Judgment, as well as objection to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, Plaintiff's Motion for Default Judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 2, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge