Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: erussell@sjlawcorp.com

Attorneys for Plaintiffs Bay Area Painters
and Tapers Pension Trust Fund, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No. C14-03364 HSG |
| Plaintiffs, | **JUDGMENT PURSUANT TO STIPULATION** |
| v. | |
| VENTURA FINISHING SYSTEMS, a California Corporation; | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto, that Judgment shall be entered in the within action in favor of Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, et al. ("Plaintiffs" or "Trust Funds") and against Defendant Ventura Finishing Systems, a California Corporation as follows:

1.     Defendants are currently indebted to the Trust Funds as follows:

| **REVISED AUDIT (8/1/10 – 9/30/14)** | | |
|---|---|---|
| Contribution Underpayments | $111,710.84 | |
| 20% Liquidated Damages | $22,342.17 | |
| 5% Interest (through 1/31/15) | $12,180.01 | |
| Additional 5% Interest (1/31/15-7/7/16) | $8,017.20 | |
| Inspection Costs: | $8,494.00 | |
| **Subtotal:** | | **$162,744.22** |
| | | |

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. C14-03364 HSG**

| **CONTRIBUTIONS & RELATED AMOUNTS** | | |
|---|---|---|
| Unpaid 1/12 Contributions | $542.80 | |
| 10% Liquidated Damages on Unpaid 1/12 Contributions (min. assessment) | $150.00 | |
| 5% Interest on Unpaid 1/12 Contributions (through 7/7/16) | $118.23 | |
| | | |
| Unpaid 4/12 Contributions | $949.90 | |
| 10% Liquidated Damages on Unpaid 4/12 Contributions (max. assessment) | $750.00 | |
| 5% Interest on Unpaid 4/12 Contributions (through 7/7/16) | $718.21 | |
| | | |
| Unpaid 5/12 Contributions | $542.80 | |
| 10% Liquidated Damages on Unpaid 5/12 Contributions (max. assessment) | $750.00 | |
| 5% Interest on Unpaid 5/12 Contributions (through 7/7/16) | $384.74 | |
| | | |
| Unpaid 5/13 Contributions | $5,634.48 | |
| 20% Liquidated Damages on Unpaid 5/13 Contributions | $1,126.90 | |
| 5% Interest on Unpaid 5/13 Contributions (through 7/7/16) | $851.35 | |
| | | |
| Unpaid 6/13 Contributions | $3,922.04 | |
| 20% Liquidated Damages on Unpaid 6/13 Contributions | $784.41 | |
| 5% Interest on Unpaid 6/13 Contributions (through 7/7/16) | $575.95 | |
| | | |
| Unpaid 7/13 Contributions | $14,390.02 | |
| 20% Liquidated Damages on Unpaid 7/13 Contributions | $2,878.00 | |
| 5% Interest on Unpaid 7/13 Contributions (through 7/7/16) | $2,054.03 | |
| | | |
| Unpaid 8/13 Contributions | $11,945.80 | |
| 20% Liquidated Damages on Unpaid 8/13 Contributions | $2,389.16 | |
| 5% Interest on Unpaid 8/13 Contributions (through 7/7/16) | $1,654.41 | |
| | | |
| Unpaid 9/13 Contributions | $9,501.28 | |
| 20% Liquidated Damages on Unpaid 9/13 Contributions | $1,900.26 | |
| 5% Interest on Unpaid 9/13 Contributions (through 7/7/16) | $1,275.51 | |
| | | |
| Unpaid 10/13 Contributions | $5,800.20 | |
| 20% Liquidated Damages on Unpaid 10/13 Contributions | $1,160.04 | |
| 5% Interest on Unpaid 10/13 Contributions (through 7/7/16) | 754.82 | |
| | | |
| Unpaid 11/13 Contributions | $2,886.34 | |
| 20% Liquidated Damages on Unpaid 11/13 Contributions | $577.27 | |
| 5% Interest on Unpaid 11/13 Contributions (through 7/7/16) | $363.36 | |
| | | |
| Unpaid 12/13 Contributions | $2,209.60 | |
| 20% Liquidated Damages on Unpaid 12/13 Contributions | $441.92 | |
| 5% Interest on Unpaid 12/13 Contributions (through 7/7/16) | $268.78 | |
| | | |
| Unpaid 1/14 Contributions | $2,697.60 | |
| 20% Liquidated Damages on Unpaid 1/14 Contributions | $539.52 | |
| 5% Interest on Unpaid 1/14 Contributions (through 7/7/16) | $317.80 | |

2

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. C14-03364 HSG**

| | | |
|---|---|---|
| Unpaid 2/14 Contributions | $2,023.20 | |
| 20% Liquidated Damages on Unpaid 2/14 Contributions | $404.64 | |
| 5% Interest on Unpaid 2/14 Contributions (through 7/7/16) | $229.76 | |
| | | |
| Unpaid 7/14 Contributions | $5,736.95 | |
| 20% Liquidated Damages on Unpaid 7/14 Contributions | $1,147.39 | |
| 5% Interest on Unpaid 7/14 Contributions (through 7/7/16) | $532.04 | |
| | | |
| Unpaid 8/14 Contributions | $6,859.14 | |
| 20% Liquidated Damages on Unpaid 8/14 Contributions | $1,371.83 | |
| 5% Interest on Unpaid 8/14 Contributions (through 7/7/16) | $606.99 | |
| | | |
| Unpaid 9/14 Contributions | $3,006.70 | |
| 20% Liquidated Damages on Unpaid 9/14 Contributions | $601.34 | |
| 5% Interest on Unpaid 9/14 Contributions (through 7/7/16) | $253.30 | |
| | | |
| Unpaid 10/14 Contributions | $2,725.70 | |
| 20% Liquidated Damages on Unpaid 10/14 Contributions | $545.14 | |
| 5% Interest on Unpaid 10/14 Contributions (through 7/7/16) | $218.43 | |
| **Subtotal:** | | **$110,070.08** |
| | | |
| Attorneys' Fees (12/3/13 – 7/6/16) | $34,471.00 | |
| Costs (12/3/13 – 7/6/16) | $978.78 | |
| **Subtotal:** | | **$35,449.78** |
| **TOTAL DUE:[1]** | | **$308,264.08** |

2.    Judgment shall be entered for the total due of $308,264.08.

3.    Enforcement of Judgment shall be stayed for 45 days from the date that this Judgment is executed by the parties.

4.    Defendant shall provide Plaintiffs with reasonably available and relevant financial documentation to allow Plaintiffs to evaluate Defendant's ability to pay the amounts due. Plaintiffs shall provide Defendants with a list of all requested documents, which shall be provided by Defendant to Plaintiffs, if they so exist and/or are available, within ten (10) business days of Defendant receiving said list.

5.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment

---

[1] Defendant has failed to submit its contribution reports for August 2015 through May 2016. Any amounts found to be due for this period, including any liquidated damages and interest, based on contribution reports, time cards, audit, estimates pursuant to Plaintiffs' Collection Procedures, or otherwise, shall be added to the Judgment total.

3

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. C14-03364 HSG**

1   is satisfied.

2

3   DATED: July 12, 2016                    **VENTURA FINISHING SYSTEMS, INC.**

4                                    By: _____/S/_____
                                         Mohinder Pal Singh
                                         for Defendant Ventura Finishing Systems, Inc.

5   DATED: July 12, 2016                    **BAY AREA PAINTERS AND TAPERS**
6                                           **PENSION TRUST FUND, et al.**

7                                    By: _____/S/_____
                                         James Hewett
8                                        Trustee of Plaintiff Trust Funds

9   DATED: July 12, 2016                    **BAY AREA PAINTERS AND TAPERS**
                                            **PENSION TRUST FUND, et al.**
10
11                                   By: _____/S/_____
                                         Marian Bourboulis
12                                       Trustee of Plaintiff Trust Funds

**APPROVED AS TO FORM.**
13
14  DATED:  July 12, 2016                   **SALTZMAN & JOHNSON LAW**
                                            **CORPORATION**
15                                   By: _____/S/_____
                                         Erica J. Russell, Esq.
16                                       Attorneys for Bay Area Painters and Tapers
                                         Pension Trust Fund, et al.
17
    DATED:  July 12, 2016                   **GAURAV BOBBY KALRA**
18
19                                   By: _____/S/_____
                                         Gaurav Bobby Kalra, Esq.
20                                       Attorney for Defendants Ventura Finishing
                                         Systems, Inc.
    IT IS SO ORDERED.
21
22          IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall

23  retain jurisdiction over this matter.

    DATED:  August 1, 2016
24
                                         _____
25                                       UNITED STATES DISTRICT JUDGE

26

27
                                         4
28  **JUDGMENT PURSUANT TO STIPULATION**
    **Case No. C14-03364 HSG**